# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2019

## NO. 03-18-00272-CV

**Nima Amini, Appellant**

**v.**

**Spicewood Springs Animal Hospital, LLC; and Dr. Barak Benaryeh, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal of the trial court's denial of Appellant's motion to dismiss by operation of law. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's denial. Therefore, the Court reverses the trial court's denial and renders judgment granting Appellant's motion to dismiss. The Court remands the case to the trial court for further proceedings consistent with the Court's opinion and the Texas Citizens Participation Act. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.